IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEVEN TURNER,                                                                             PLAINTIFF
ADC #116510

v.                        CASE NO. 2:17CV00109 BSM

TERRANCE AKINS, et al.                                          DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff Steven Turner's objections [Doc. No. 8] have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, defendant M.D. Reed is dismissed without prejudice.

IT IS SO ORDERED this 31st day of July 2017.

_____
UNITED STATES DISTRICT JUDGE