IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**STEVEN TURNER**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #116510**

v.　　　　　　　　**CASE NO. 2:17-CV-00109 BSM**

**TERENCE AKINS, et al.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The recommended partial disposition [Doc. No. 26] submitted by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful consideration and review of the record, the recommended partial disposition is adopted in its entirety. Accordingly, the defendants' motion for summary judgment [Doc. No. 20] is granted, and Turner's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of May 2018.

_____
UNITED STATES DISTRICT JUDGE